**Honorable Robert FLEMING, Judge
Sixteenth Judicial District.**

**No. 50287.**

Jan. 9, 1970.

In re: Kenneth Boutee applying for writs of certiorari, mandamus and prohibition.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

229 So.2d 735

**Herman H. FUNDERBURK**

v.

**The MILLERS MUTUAL FIRE INSURANCE
COMPANY OF TEXAS, et al.**

**No. 50286.**

Jan. 9, 1970.

In re: Herman H. Funderburk applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 228 So.2d 169.

Writ refused. The judgment of the Court of Appeal is correct.